# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:96CV2225SNL |
| ) | |
| **RICHARD C. NEISWONGER, ET. AL.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Receiver's and counsel's motion for approval for payment of fees and expenses for the initial expense period (#42), filed July 26, 2006. As of today's date, there has been no objections or response filed by any interested party.

Robb Evans and Associates, the Receiver[1] appointed in this matter, has filed a request for payment of fees and costs associated with the activities conducted for the period of July 18, 2006 through July 24, 2006. Said compensation is authorized under Sections XIII and XV of the TRO entered by this Court on July 17, 2006.[2] This instant motion seeks fees and expenses of the Receiver and staff of $55,115.11; and aggregate attorneys' fees and expenses of $5955.00.

Having found the request well-founded and properly supported by relevant documentation, and in light of the failure of any interested party to object to either the request or the amounts sought, the Court shall grant the instant motion.

Accordingly,

---

[1]The term "Temporary Receiver" and "Receiver" are used interchangably and for purposes of this order refer to the same entity: Robb Evans and Associates.

[2]*See*, Court Order #29.

**IT IS HEREBY ORDERED** that the motion for approval of and request for payment of Temporary Receiver's and counsel's fees and expenses (#42) be and is **GRANTED.**

**IT IS FURTHER ORDERED** that fees and expenses for the Temporary Receiver and staff in the amount of $55, 115.11 shall be awarded in accordance with Sections XIII and XV of the TRO entered by this Court on July 17, 2006.

**IT IS FINALLY ORDERED** that fees and expenses of the Temporary Receiver's counsel in the amount of $5955.00 shall be awarded in accordance with XIII and XV of the TRO entered by this Court on July 17, 2006.

Dated this  30th  day of March, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE